■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFERSON MASON, Appellant. — Judgment unanimously affirmed (see *People v Smith,* 66 AD2d 988). (Appeal from judgment of Onondaga County Court, Gorman, J. — burglary, third degree, and petit larceny.) Present — Dillon, P. J., Callahan, Doerr, Denman and Schnepp, JJ.